UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARTWELL PHARMACEUTICALS LLC,

              Plaintiff,

v.

WOODFIELD PHARMACEUTICAL, LLC,

             Defendant,
-----------------------------------------------------------X

**ORDER**

20-cv-00099 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for plaintiff appeared remotely and counsel for defendant appeared in my courtroom at 2:00 p.m. on October 22, 2020. Oral argument was had on the record.

For the reasons indicated on the record and law cited therein, defendant's motion to dismiss or transfer jurisdiction (Doc. 10) is granted in part and denied in part. Defendant's motion to transfer venue to the United States District Court, Southern District of Texas, is granted, and defendant's motion to dismiss for lack of personal jurisdiction is denied without prejudice.

Accordingly, the Clerk of the Court is respectfully directed to terminate Doc. 10, transfer this action to United States District Court, Southern District of Texas without delay, and administratively close this case.

SO ORDERED:

Dated: New York, New York
      October 23, 2020

                                                    Philip M. Halpern
                                                    United States District Judge